IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

INNOVATION LAW LAB,

    Plaintiff,

vs.                                                        No. 2-22-cv-00443-KG-KRS

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

### ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **THURSDAY, JUNE 30, 2022, AT 11:00 A.M.** Please call the Court's AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE