IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

INNOVATION LAW LAB,

    Plaintiff,

vs.                                                           No. CV 22-0443 KG/KRS

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

ORDER TO COMPLY WITH STATUTORY REQUIREMENTS
AND GRANT EXPEDITED PROCESSING

This matter came before the Court at the Status Conference on Tuesday, July 5, 2022. As discussed at the Status Conference, Defendant is hereby ordered to:

    1)    grant expedited processing, pursuant to 6 C.F.R. § 5.5(e), to FOIA Request No. 2022-ICFO-14041;

    2)    no later than Friday, July 8, 2022, provide Plaintiff with a letter granting expedited processing and providing all information required by the statute, including an estimated number of pages/records and an estimated timeline for production; and

    3)    comply with all timeliness and other requirements set forth in the applicable statutes and regulations, *e.g.*, 5 U.S.C. Subchapter II and 6 C.F.R. Subpart A.

Defendant will provide the Court and Plaintiff with a status update at the Status Conference on Friday, July 8, 2022.

IT IS SO ORDERED.

                                                                    UNITED STATES DISTRICT JUDGE