IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

INNOVATION LAW LAB,

   Plaintiff,

vs.                                                                   No. CV 22-0443 KG/KRS

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

   Defendant.

### AMENDED ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **FRIDAY, JULY 22, 2022, AT 1:30 P.M.** Please call the Court's AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
**UNITED STATES DISTRICT JUDGE**