IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

INNOVATION L LAW LAB,

    Plaintiff,

vs.                                                                              No. 22-cv-00443-KG-KRS

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,

    Defendant.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **WEDNESDAY, AUGUST 3, 2022, AT 2:30 P.M.** Please call the Court's AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE