IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

INNOVATION LAW LAB,

     Plaintiff,

vs.                                                                                          No. CV 22-0443 KG/KRS

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

     Defendant.

ORDER

This matter comes before the Court based on the parties' agreement in lieu of proceeding on Plaintiff's Motion for Preliminary Injunction (Doc. 3). Pursuant to that agreement, the Court imposes the following requirements:

1)     Defendant U.S. Immigration and Customs Enforcement (ICE) will produce the remaining documents from the Director's Office, Chief of Staff, Office of Acquisition Management, and Office of Professional Responsibility's Office of Detention Oversight no later than August 30, 2022;

2)     ICE will then process records from Enforcement and Removal Operations (ERO) and the Office of the Principal Legal Advisor (OPLA), which total 14,576 pages and 100 spreadsheets. ICE will process the ERO documents first, followed by the OPLA documents. ICE will process a minimum of 1,500 pages per month of the ERO/OPLA records beginning in September 2022;

3)     ICE will complete all processing and production of responsive documents by July 1, 2023;

4)     ICE will provide monthly production to Plaintiff at the end of each month;

5)      The parties will submit a Joint Status Report with a proposed schedule for disposing of the case no later than July 21, 2023; and

6)      Plaintiff's Motion for Preliminary Injunction (Doc. 3) is denied as moot and without prejudice to filing an appropriate motion if necessary.

IT IS SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE