IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Kevin R. Sweazea
United States Magistrate Judge

### CLERK'S MINUTES

*Innovation Law Lab v. U.S. Immigration and Customs Enforcement*
2:22-cv-443 KG/KRS

---

**September 15, 2022**

| | |
|---|---|
| **Attorney for Plaintiff:** | Rebecca Sheff |
| **Attorney for Defendants**: | Manuel Lucero |
| **Proceeding**: | Rule 16 Scheduling Conference |
| **Start Time:** | 11:00 a.m. |
| **Stop Time:** | 11:06 a.m. |
| **Total Time:** | 6 minutes |
| **Clerk:** | AC |

### NOTES

- The Court greets the parties and enters their appearances.

- The Court notes that the presiding judge has set a deadline of July 21, 2023 for Defendant to produce all remaining responsive documents and for the parties to submit a report with a proposed schedule for disposing of the case. The Court set this hearing to discuss setting deadlines to ensure the case is proceeding. Counsel for both parties state that production is proceeding on schedule.

- The Court will adopt the parties' Joint Status Report and Provisional Discovery Plan and will set deadlines for the parties to amend the pleadings and join additional parties, as requested. The Court will also require the parties to submit joint status reports every 60 days, and the reports shall include the progress of the document production and alert the Court as to any problems. The first report will be due December 1, 2022.

- There being nothing further, Court adjourns.