IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

INNOVATION LAW LAB,

    Plaintiff,

v.                                                  No. 2:22-cv-443 KG/KRS

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

### SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic scheduling conference held on September 15, 2022.  At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan, with slight modifications, as reflected in the dates below.

Accordingly, **IT IS HEREBY ORDERED** that the following case management deadlines shall govern:

(a)     Deadline for Plaintiff to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15:  **November 1, 2022**;

(b)     Deadline for Defendants to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15: **December 1, 2022**;

(c)     The parties shall submit joint status reports every sixty (60) days outlining the progress in document production and alerting the Court to any problems.  The deadlines for the joint status reports are: **December 1, 2022**; **February 1, 2023**; **April 1, 2023**; and **June 1, 2023.**

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE