IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

INNOVATION LAW LAB,

    Plaintiff,

v.

    No. 22 cv 443 KG/KRS

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

## STATUS REPORT

Pursuant to the Court's Scheduling Order, Doc. No. 26, the parties respectfully submit the following Status Report. The parties agreed for Defendant to produce the remaining documents from the Director's Office, Chief of Staff, the Office of Acquisition Management (OAQ), and the Office of Professional Responsibility (OPR) by the end of August 2022, which it has done. Defendant is now processing the records from ERO and OPLA which total 14,576 pages and 100 Excel spreadsheets. Defendant is processing a minimum of 1500 pages per month of the ERO and OPLA records starting in the month of September 2022. Defendant further agreed to finalize all processing and production of documents by July 1, 2023. ICE will provide monthly production to Plaintiff at the end of each month.

Defendant is first processing the ERO documents followed by the records from OPLA. Defendant has processed the following per the agreement entered into between the parties above: September 29, 2022 – 1,500 pages; October 28, 2022 – 1,538 pages; November 30, 2022 – 1,500 pages; December 29, 2022 – 1,500 pages; and on January 30, 2023 – 1,500 pages.  After Plaintiff reached out to the Defendant, on

November 1, 2022, Defendant agreed to conduct additional supplemental searches with the ICE Office of the Chief of Staff (CoS), the Office of Acquisition Management (OAQ), and the Office of Professional Responsibility (OPR). OAQ, OPR, and CoS have completed the supplemental searches and provided ICE FOIA with additional records for processing. ICE FOIA plans on processing and releasing the additional records for these offices in the February or March production.

Defendant will continue to provide similar productions on or about the 30th of each month until Defendant has fully responded to Plaintiffs FOIA request.

Submitted by:

ALEXANDER M. M. UBALLEZ
U.S. Attorney
***Electronically filed 1/30/2023***
Manual Lucero
Assistant United States Attorney
PO Box 607
Albuquerque, NM 87103
(505) 224-1467; 346-7205 (fax)
manny.lucero@usdoj.gov

COYLE & BENOIT, PLLC
***Approved 1/30/2023***
CHRISTOPHER BENOIT
2515 N. Stanton Street
El Paso, Texas 79902
Telephone: (915) 532-5544
Facsimile: (915) 532-5566
chris@coylefirm.com

ACLU OF NEW MEXICO
***Approved 1/30/2023***
Rebecca Sheff
P.O. Box 566
Albuquerque, NM 87103
T: (505) 266-5915
F: (505) 266-5916
rsheff@aclu-nm.org
*Attorneys for Plaintiff*