IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

INNOVATION LAW LAB,

    Plaintiff,

v.   No. 2:22-cv-443 KG/KRS

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

### ORDER SETTING DEADLINE

**THIS MATTER** comes before the Court on the parties' Joint Status Report, (Doc. 31), filed July 21, 2023.  The parties state that Defendant has processed and delivered the requested records to Plaintiff and Plaintiff needs additional time to review the records and determine whether the production was adequate.  The parties request forty-five (45) days to review the records produced and discuss the results of the review, after which they will submit either a stipulation of dismissal or a proposed briefing schedule for dispositive motions.  Having reviewed the Joint Status Report, (Doc. 31), and record of the case, the Court hereby GRANTS the parties' request.

IT IS THEREFORE ORDERED that **by September 5, 2023**, the parties shall submit either a stipulation of dismissal or a proposed briefing schedule for dispositive motions.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE