IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

INNOVATION LAW LAB,

    Plaintiff,

v.   No. 2:22-cv-443 KG/KRS

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

### ORDER SETTING DEADLINES

**THIS MATTER** comes before the Court on the parties' Joint Proposed Briefing Schedule, (Doc. 33), filed September 5, 2023. The parties state that they are working to resolve disputes regarding Defendant's document production and withheld documents. They ask the Court to enter deadlines for them to meet and confer regarding the document production, for mediation if necessary, and for filing dispositive motions if mediation is unsuccessful. Having reviewed the parties' Joint Proposed Briefing Schedule and record of the case, the Court sets the following deadlines:

1. The parties shall meet and confer regarding outstanding disputes **by October 5, 2023**;

2. The parties shall contact the Court at sweazeaproposedtext@nmd.uscourts.gov by **October 10, 2023** if they would like the Court set a mediation;

3. The parties shall file their dispositive motions by **November 30, 2023**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE