IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

INNOVATION LAW LAB,

    Plaintiff,

v.                                                                       No. 2:22-cv-443 KG/KRS

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

### ORDER EXTENDING DEADLINES

**THIS MATTER** comes before the Court on the parties' Amended Joint Proposed Briefing Schedule, (Doc. 35), filed October 10, 2023. The parties state that they are working to resolve disputes regarding Defendant's document production and withheld documents. They ask the Court to extend previously-set deadlines regarding the document production, for mediation if necessary, and for filing dispositive motions if mediation is unsuccessful. Having reviewed the parties' Amended Joint Proposed Briefing Schedule and record of the case, the Court extends the parties deadlines as follows:

1. Defendant shall provide responses to Plaintiff's inquiries by: **October 31, 2023**.

2. Plaintiff shall review Defendant's responses by: **November 15, 2023**.

3. The parties shall meet and confer regarding outstanding disputes by: **November 17, 2023**.

4. If the parties would like the Court to set a mediation, the parties shall contact the Court at sweazeaproposedtext@nmd.uscourts.gov by: **November 27, 2023**.

5. The parties shall file their dispositive motions by: **January 15, 2024**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE