IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Kevin R. Sweazea
United States Magistrate Judge

### CLERK'S MINUTES

*Innovation Law Lab v. U.S. Immigration and Customs Enforcement*
2:22-cv-443 KG/KRS

**November 15, 2022**

| | |
|---|---|
| **Attorney for Plaintiff:** | Rebecca Sheff and Max Brooks |
| **Attorney for Defendants**: | Manuel Lucero |
| **Proceeding**: | Status Conference |
| **Start Time:** | 10:30 a.m. |
| **Stop Time:** | 10:43 a.m. |
| **Total Time:** | 13 minutes |
| **Clerk:** | AC |

**NOTES**

- The Court greets the parties and enters their appearances. The Court notes that Defendant's deadline to provide responses to Plaintiff's list of remaining issues was October 31, 2023, and dispositive motions are due by January 15, 2024. The Court set this hearing at the parties' request to discuss extending those deadlines and to set a settlement conference.

- Defendant's counsel explains why there have been delays in producing additional responsive documents and asks the Court to extend its deadline to finish the production. Plaintiff's counsel agrees to a reasonable extension but states that due to numerous delays she would like a short extension.

- The Court sets a deadline of January 31, 2024 for Defendant to provide the remaining responsive documents. The Court will set a status conference for February 27, 2024 to see if the parties have any remaining disputes and to set a settlement conference or briefing deadlines if necessary. Defendant's counsel asks Plaintiff to let Defendant know if there are any issues with the documents that have already been produced so Defendant can address those quickly.

- There being nothing further, Court adjourns.