IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Kevin R. Sweazea
United States Magistrate Judge

### CLERK'S MINUTES

*Innovation Law Lab v. U.S. Immigration and Customs Enforcement*
2:22-cv-443 KG/KRS

---

**April 16, 2024**

**Attorney for Plaintiff:**   Rebecca Sheff

**Attorney for Defendant**:   Manuel Lucero

**Proceeding**:   Status Conference

**Start Time:**   11:00 a.m.
**Stop Time:**   11:08 a.m.
**Total Time:**   8 minutes

**Clerk:**   AC

**NOTES**

---

- The Court greets the parties and enters their appearances. The Court asks the parties if they are ready to proceed with the May 23, 2024 settlement conference.

- Counsel for Plaintiff states the parties have resolved most of their issues with the document production, and they anticipate resolving the remaining issues within a week. Defendant's counsel agrees. The parties ask to keep the settlement conference on the Court's calendar in case the remaining issues are not resolved.

- The Court directs the parties to notify the Court if they determine they do not need the settlement conference.

- There being nothing further, Court adjourns.