IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

INNOVATION LAW LAB,

    Plaintiff,

v.                                                                  No. 2:22-cv-443 KG/KRS

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** comes before the Court on the parties' Amended Stipulated Fee and Cost Settlement Agreement, (Doc. 48), filed June 14, 2024. The parties state they have entered into an agreement to settle this case. They state they anticipate "that the entire process will take no more than 60 business days from the issuance of the signed Court order approving this stipulation, or receipt of all necessary information from counsel for Plaintiff, whichever is later." *Id.* at 1-2. The parties ask the Court to keep this matter open "for a sixty-day period until final consideration is provided to Plaintiff." *Id.* at 3.

IT IS THEREFORE ORDERED that **by July 12, 2024** the parties shall submit a proposed order approving the stipulation to the presiding judge.

IT IS FURTHER ORDERED that the parties shall file closing documents no later than sixty (60) days after entry of the order approving the stipulation. The parties may file a motion to extend this date if necessary.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE