IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

INNOVATION LAW LAB,

    Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Defendant.

No. 22 cv 443 KG/KRS

ORDER APPROVING AMENDED STIPULATED FEE AND
COST SETTLEMENT AGREEMENT, (Doc. 48), filed June 14, 2024

THIS MATTER COMES BEFORE THE Court on Plaintiff and Defendant's Amended Stipulated Fee and Cost Settlement Agreement, (Doc. No. 48, filed June 14, 2024) and having considered the Stipulation, the Court finds that the Amended Stipulation is well-taken and should be approved.

IT IS THEREFORE ORDERED that the Amended Stipulation as to Fees and Costs is approved.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

ALEXANDER M. M. UBALLEZ
U.S. Attorney
*Electronically filed 7/11/2024*
Manual Lucero
Assistant United States Attorney
201 3rd St. NW Suite 900
Albuquerque, NM 87103
(505) 224-1467; 346-7205 (fax)
manny.lucero@usdoj.gov


BENOIT LEGAL, P LLC
*Approved 7/11/2024*
CHRISTOPHER BENOIT
311 Montana Ave, Suite B
El Paso, Texas 79902
Telephone: (915) 532-5544
Facsimile: (915) 532-5566
chris@coylefirm.com

ACLU OF NEW MEXICO
*Approved 7/11/2024*
Rebecca Sheff
Max Brooks
P.O. Box 566
Albuquerque, NM 87103
T: (505) 266-5915
F: (505) 266-5916
rsheff@aclu-nm.org
mbrooks@aclu-nm.org
*Attorneys for Plaintiff*